IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02436-REB-BNB

SHARP FAMILY MARKET, a Colorado limited liability company,

Plaintiff,

v.

UNITED STATES,
THE DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE, and
MOUNTAIN PLANS REGION COMPLIANCE CENTER,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Withdraw as Counsel for Plaintiff** [Doc. # 14, filed 4/1/2011] (the "Motion to Withdraw").  I held a hearing on the Motion to Withdraw this afternoon and made rulings on the record, which are incorporated here.  During the hearing, I cautioned the representative for Sharp Family Market, consistent with the requirements of D.C.COLO.LCivR 83.3D, as follows:

> [T]he client personally is responsible for complying with all court orders and time limitations established by any applicable rules. Where the withdrawing attorney's client is a corporation, partnership, or other legal entity, . . . such entity cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

The representative for Sharp Family Market stated that it would require two weeks to cause substitute counsel to enter an appearance on behalf of the plaintiff.

IT IS ORDERED:

1.      The Motion to Withdraw [Doc. # 14] is GRANTED, and Wayne Vaden; T. Edward Williams; and Vaden Law Firm, LLC, are relieved of any further responsibility in the matter; and

2.      The plaintiff shall cause substitute counsel to enter its appearance on or before **May 20, 2011**.

Dated May 5, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge